UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-161-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DEMARLO TEVON KORNEGAY | ) | |

This matter is before the court on defendant's motion for emergency injunction. (DE # 62.) In the motion, defendant claims that his due process rights were violated in his recent removal from a residential re-entry center ("RRC") and appears to request that he be returned to the RRC. The court agrees with the government that this motion is now moot because defendant has been released from the Bureau of Prisons. (See Resp., DE # 63.) See also Federal Bureau of Prisons Inmate Locator, http://www.bop.gov/inmateloc/. The motion is DENIED.

This 21 April 2015.

_____
W. Earl Britt
Senior U.S. District Judge